| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Toyota Lease Trust | <br><br>Order Filed on December 30, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Denise Bloom,<br><br>Debtor. | Case No.: 17-24122 VFP<br><br>Adv. No.:<br><br>Hearing Date: 12/5/19 @ 10:00 a.m.<br><br>Judge: Vincent F. Papalia |

## ORDER VACATING STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 30, 2019**

                                                                     **Honorable Vincent F. Papalia**
                                                                     **United States Bankruptcy Judge**

**(Page 2)**
Debtor:  Denise Bloom
Case No:  17-24122 VFP
Caption of Order:  ORDER VACATING STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Lease Trust, Denise Carlon appearing, upon a motion to vacate the automatic stay as to a 2016 Toyota RAV4, VIN: 2T3BFREV8GW528150, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John A. Lipowski, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that the automatic stay as to a 2016 Toyota RAV4, VIN: 2T3BFREV8GW528150 is hereby vacated immediately; and

It is further **ORDERED, ADJUDGED and DECREED** that the Secured Creditor is not seeking payment from Debtor as there are not outstanding amounts due; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.